ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860


Attorney for Defendant
MOISES TREVINO CASTRO


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-CR-213 AWI |
| ) | |
|     Plaintiffs, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| vs. ) | FOR ALL DEFENDANTS |
| ) | |
| ) | |
| MOISES TREVINO CASTRO, ) | |
| ) | |
|     Defendants. ) | |

        IT IS HEREBY STIPULATED by and between defendants

MOISES TREVINO CASTRO, OMAR TORRES MARQUEZ, LUIS ANTONIO

ARENAS ZAMORA, MANUEL TREVINO CASTRO AND ANAI CASTRO-HUATO,

through their attorneys, ROBERT L. FORKNER, PRECILIANO

MARTINEZ, NICHOLAS F. REYES, GLEN E. LOSTRACCO AND EDWARD

MARSHALL HODGKINS, III and plaintiff the United States of

America, through its counsel of record, Assistant United

States Attorney KATHLEEN A. SERVATIUS that the status

hearing currently set for July 21, 2008, be moved to August

11, 2008, at 9:00 AM.

\\

1

The defense has requested the continuance in order to permit the government to forward discovery and allow the defense time to review the material with the defendant and to determine whether to request the court for additional relief in this case.  Further the defense counsel ROBERT L. FORKNER has a conflict in scheduling and is needed in several departments in Stanislaus County including a prelim as described in the accompanying Declaration of Robert L. Forkner.  Therefore, the parties stipulate to continue this hearing to August 11, 2008 at 9:00 AM, and further request the Court to Order the same.

The parties further request that time from the date of this stipulation to, and including, the proposed August 11, 2008, status conference be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (8)(A) and (B)(iv) and Local Code T-4, pertaining to continuity of defense counsel.


Dated: July 16, 2008          /s/ Robert L. Forkner
                              _____
                              ROBERT L. FORKNER
                              Attorney at Law


Dated: July 16, 2008          /s/ Perciliano Martinez
                              _____
                              PERCILIANO MARTINEZ
                              Attorney at Law

1   Dated: July 16, 2008                    /s/ Nicholas F. Reyes

2                                           _____
                                            NICHOLAS F. REYES
3                                           Attorney at Law

4   Dated: July 16, 2008                    /s/ Glenn E. LoStracco

5                                           _____
                                            GLENN E. LOSTRACCO
6                                           Attorney at Law

7   Dated: July 16, 2008                    /s/ Edward Marshall Hodgkins

8                                           _____
                                            EDWARD MARSHALL HODGKINS, III
9                                           Attorney at Law

10  Dated: July 16, 2008                    /s/ Kathleen A. Servatius

11                                          _____
                                            KATHLEEN A. SERVATIUS
12                                          Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July  21, 2008 at 9:00 a.m., status conference be vacated and continued to August 11, 2008 at 9:00 a.m., for all defendants.  The Court finds that the ends of justice to be served by granting a continuance outweigh and the best interests of the public and the defendants in a speedy trial.  It is ordered that time from the date of this stipulation to, and including, the proposed August 11, 2008, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h) (8) and (B) (iv) and Local Code T-4, pertaining to continuity of defense counsel.


IT IS SO ORDERED.

**Dated:    July 18, 2008**                          **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE

4