1  LAWRENCE G. BROWN
   United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )   1:08-CR-213 AWI
                                     )
13           Plaintiff,               )   SECOND AMENDED STIPULATION TO
                                     )   CONTINUE STATUS CONFERENCE
14                                    )
         v.                           )   DATE:  March 30, 2009
15                                    )   TIME:  9:00 a.m.
    MOISES TREVINO CASTRO, et. al.,  )   HONORABLE ANTHONY W. ISHII
16                                    )
             Defendants.              )
17                                    )
                                     )
18  _____

19       The United States of America, by and through Lawrence G. Brown, Acting United States

20  Attorney, and Marlon Cobar, Assistant United States Attorney, and the defendants, by and through

21  their respective attorneys, hereby stipulate and request that the status conference, currently set for

22  March 2, 2009, be moved to March 30, 2009, at 9:00 a.m.  The parties to the above-captioned matter

23  jointly agree to vacate the March 2, 2009, status conference in this matter in order to: (1) permit the

24  government's subsequent counsel to adequately structure appropriate plea agreement disposition

25  offers in the case; (2) permit the government and various defense counsel to engage in further plea

26  negotiations; and (3) for the defense to adequately prepare for the anticipated change of plea hearing

27  on March 30, 2009 following the government's plea offer.

28  //

1   Therefore, the parties stipulate to continue this hearing to March 30, 2009 at 9:00 a.m., and
2   further respectfully request the Court to order the same.  The parties further request that time be
3   excluded to and through March 30, 2009, in that the ends of justice served by a continuance
4   "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. §
5   3161(h)(8).

6   DATED: February 23, 2009                    LAWRENCE G. BROWN
                                                United States Attorney
7
                                                By /s/ Marlon Cobar
8
                                                MARLON COBAR
9                                               Assistant U.S. Attorney

10
    DATED: February 23, 2009                    /s/ Robert L. Forkner
11                                              Attorney for Moises Trevino Castro

12  DATED: February 23, 2009                    /s/ Preciliano Martinez
                                                Attorney for Omar Torres Marquez
13

14  DATED: February 23, 2009                    /s/ Nicholas F. Reyes
                                                Attorney for Luis Antonio Zamora
15

16  DATED: February 23, 2009                    /s/ Glen E. LoStracco
                                                Attorney for Manuel Trevino Castro
17

18  DATED: February 23, 2009                    /s/ Dominic J. Falasco

19
        The United States of America, by and through Lawrence G. Brown, Acting United States
20
    Attorney, and Marlon Cobar, Assistant United States Attorney, and the defendants, by and through
21
    their respective attorneys, have stipulated to a continuance of the status conference in this case,
22
    currently set for March 2, 2009, to March 30, 2009, at 9:00 a.m.  The government and the defendants
23
    have jointly  requested the continuance to engage in further plea preparations and  negotiations.
24
        THEREFORE, it appearing that the request is supported by good cause, in that the ends of
25
    justice served by a continuance "outweigh the best interests of the public and the defendant in a
26
    speedy trial."  See 18 U.S.C. § 3161(h)(8).
27
        IT IS HEREBY ORDERED that the status conference in this case be continued until March
28

2

1  30, 2009 at 9:00 a.m.
2         IT IS HEREBY ORDERED that the time between March 2, 2009 and March 30, 2009 be
3  excluded pursuant to 18 United States Code, Section 3161(h).
4
5  IT IS SO ORDERED.
6  **Dated:   February 27, 2009**                    /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE