| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | MARLON COBAR |
| | Federal Courthouse |
| 3 | 2500 Tulare St., Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-CR-213 AWI |
| | ) | **AMENDED** |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND OR CHANGE OF PLEA; |
| | ) | ORDER |
| | ) | |
| MOISES TREVINO CASTRO, et al., | ) | DATE: MAY 26, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | COURTROOM: Honorable ANTHONY |
| | ) | W. ISHII |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the Status Conference and/or Change of Plea hearing currently set for May 11, 2009 at 9:00 a.m. be continued to May 26, 2009 at 9:00 a.m. This will allow returning AUSA Kathleen Servatius enough time to review discovery materials and negotiate plea agreements with defense counsel.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

1

```
Dated: April 30, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney

                                  /s/ Marlon Cobar
                               By: MARLON COBAR
                               Assistant U.S. Attorney


Dated: April 30, 2009             /s/ Robert Lee Forkner
                               ROBERT LEE FORKNER
                               Attorney for Defendant
                               MOISES TREVINO CASTRO


Dated: April 14, 2009             /s/ Preciliano Martinez
                               PRECILIANO MARTINEZ
                               Attorney for Defendant
                               OMAR TORRES MARQUEZ


Dated: April 14, 2009             /s/ Nicholas F. Reyes
                               NICHOLAS F. REYES
                               Attorney for Defendant
                               LUIS ANTONIO ARENAS ZAMORA


Dated: April 14, 2009             /s/ Dominic Joseph Falasco
                               DOMINIC JOSEPH FALSCO
                               Attorney for Defendant
                               ANAI CASTRO-HUATO


Dated: April 14, 2009             /s/ Glenn E. LoStracco
                               GLENN E. LoSTRACCO
                               Attorney for Defendant
                               MANUEL TREVINO CASTRO
```

```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Federal Courthouse
3  2500 Tulare St., Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                     EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   Case No. 1:08-CR-213 AWI
                                )
12           Plaintiff,         )   ORDER TO CONTINUE
         v.                     )   STATUS CONFERENCE AND OR CHANGE
13                              )   OF PLEA
                                )
14 MOISES TREVINO CASTRO, et al.,)  DATE:      MAY 26, 2009
                                )   TIME:      9:00 a.m.
15           Defendants.        )   COURTROOM: Honorable ANTHONY
                                )              W. ISHII
16 _____  )
17
```

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference currently scheduled for May 11, 2009 be continued to May 26, 2009 at 9:00 a.m. before the Honorable Anthony W. Ishii.


IT IS SO ORDERED.

**Dated:  May 1, 2009**          /s/ Anthony W. Ishii
                                 CHIEF UNITED STATES DISTRICT JUDGE