DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL TREVINO CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-0213 AWI |
|---|---|
| Plaintiff, | ) **AMENDED** STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE FOR A CHANGE OF |
| v. | ) PLEA HEARING; ORDER |
| MANUEL TREVINO CASTRO, | ) Date: July 6, 2010 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 24, 2010, **may be continued to July 6, 2010, at 9:00 a.m.** for a change of plea hearing.

This reason for the continuance is that counsel are continuing negotiations toward a change of plea being signed and need additional time to do so. This continuance will permit continued discussions and conserve time and resources for both parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

                    BENJAMIN B. WAGNER
United States Attorney

DATED: May 20, 2010        By:   /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 20, 2010        By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Manuel Treviño Castro

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

**Dated:   May 20, 2010**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                         -2-