ROBERT L. FORKNER (CSB#166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:  (209) 544–0200
Fax:        (209) 544-1860

Attorney for Defendant
MOISES TREVINO CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00213 AWI |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| MOISES TREVINO CASTRO, ) | |
| Defendants. ) | |

    The defendant, MOISES CASTRO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KATHLEEN ANN SERVATIUS, hereby stipulate and request the following:

    That the Court change the status conference in the above-captioned case from January 10, 2011, to February 7, 2011**, at 9:00 a.m.** for Status Conference**.**

    The defense counsel has been unable to coordinate a visit with Mr. Castro to completely review the government's proposed plea agreement.  The defendant has showed an express interest in signing the agreement and would like to review it

1

with counsel once more before doing so.  Defense counsel was unable to meet with Mr. Castro prior to January 10, 2011 due to Jury Trials, the holidays and the unavailability of an interpreter.

For these reasons, both parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 10, 2011 through February 7, 2011, for case resolution under 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Dated: January 5, 2011

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant

Dated: January 5, 2011

/s/ Kathleen Anne Servatius
KATHLEEN ANNE SERVATIUS
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**  For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

Dated:   January 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

2