ROBERT L. FORKNER (CSB#166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:  (209) 544–0200
Fax:          (209) 544-1860

Attorney for Defendant
MOISES TREVINO CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 08-213-AWI |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| MOISES TREVINO CASTRO, ) | |
| Defendants. ) | |
| _____ ) | |

    Defendant MOISES TREVINO CASTRO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney Kathleen A. Servatius, hereby stipulate and request the following:

    1. That the Court continue the sentencing in the above-captioned case from December 12, 2011, to **December 19,  2011, at 9:00 a.m.**

    2.. The probation officer has advised Defense counsel that she has not interviewed Mr. Castro.  The Judgment and Sentencing must be scheduled 11 weeks after the defendant has been interviewed.  Probation Officer Sarah Kirk must adhere to that schedule.  As such,  defense counsel requests the continuance

in order to permit the preparation of the Pre Sentencing Report, to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

    For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 12, 2011 through December 19, 2011, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

                                              Respectfully submitted,

Dated: November 10, 2011

                                              /s/ Robert L. Forkner
                                            ROBERT L. FORKNER
                                            Attorney for Defendant
                                            GERARDO VALENCIA-REVUELTA

Dated: November 10, 2011

                                            /s/ Kathleen A. Servatius
                                            KATHLEEN A. SERVATIUS
                                            Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

Dated:   November 14, 2011                                         /s/ signature

                                                      CHIEF UNITED STATES DISTRICT JUDGE