```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LUIS ANTONIO ARENAS ZAMORA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOISES TREVINO CASTRO,<br>OMAR TORREST MARQUEZ,<br>LUIS ANTONIO ARENAS ZAMORA,<br>MANUEL TREVINO CASTRO, and<br>ANAI CASTRO-HUATO<br><br>    Defendants. | Case No.: 1:08-CR-00213-AWI<br><br><br><br><br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL<br>CONFIRMATION<br><br><br><br>DATE: August 6, 2012<br>TIME: 10:00 a.m.<br>Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Trial Confirmation, presently set for August 6, 2012, at 10:00 a.m., and the Trial, presently set for August 28, 2012, be vacated.  The parties further stipulate that a status conference be set for September 24, 2012, at 10:00 a.m.

   Good cause exists for this request as Anthony P. Capozzi, attorney for Defendant Luis Antonio Arenas Zamora, is unavailable for the next six weeks due to a trial.  People of the State of California v. Manuel Gonzalez, case number F10905457, is scheduled to begin Monday, August 6, 2012, at

9:00 a.m. in Fresno County Superior Court.  The trial is tentatively expected to last through Friday, September 21, 2012.  Therefore, counsel for the defendant is unavailable for trial in this matter and failure to grant the request would unreasonably deny the defendant continuity of counsel.

Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2012 through September 24, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

DATED: August 2, 2012                Respectfully Submitted,


                                     */s/Anthony P. Capozzi*
                                     Anthony P. Capozzi
                                     Attorney for,
                                     LUIS ANTONIO ARENAS ZAMORA

                                     */s/Kathleen A. Servatius*
                                     Kathleen A. Servatius
                                     Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation now set for August 6, 2012, and the Trial now set for August 28 are VACATED.  A Status Conference is set for Monday, September 24, 2012, at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   August 2, 2012                   _____
                                          CHIEF UNITED STATES DISTRICT JUDGE