1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:08-cr-00213-AWI-1 |
|---|---|
| Plaintiff, | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER** |
| v. | |
| MOISES TREVINO CASTRO, | |
| Defendant. | Judge: Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's March 17, 2015 order be extended to **May 14, 2015**. The undersigned is investigating Mr. Castro's case further to determine his eligibility. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated: April 16, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of March 17, 2015, may be filed on or before May 14, 2015.

IT IS SO ORDERED.

Dated:   April 17, 2015                           _____
                                                                    SENIOR DISTRICT JUDGE